IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR40 |
| vs. | ORDER |
| SHARON WILLIAMS-COMBS, | |
| Defendant. | |

This matter is before the Court on defendant Sharon Williams-Combs's ("Williams-Combs") oral Motion for Judgment of Acquittal on Counts I, II, III, IV, V, VI, VII, VIII, X, XI, XIII, and XIV of the Indictment. *See* Fed. R. Crim. P. 29. Williams-Combs primarily contends the evidence presented to the jury was insufficient to support a guilty verdict on these counts.

The Court has taken the Motion under advisement. Before ruling on the Motion, the Court will permit the parties to file supporting briefs as follows:

1. Williams-Combs shall file any brief in support of her Motion by April 20, 2018.
2. The government may respond within seven days after the brief is filed.

IT IS SO ORDERED.

Dated this 6th day of April, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge